IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOROTHEA SUDLER, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | CIVIL ACTION <br> NO. 18-5064 |

# ORDER

**AND NOW**, this 30th day of January, 2020, upon consideration of Plaintiff's Request for Review and Defendant's Response thereto, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and after review of Plaintiff's objections to the Report and Recommendation and Defendant's response thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Plaintiff's Request for Review is **DENIED**; and
3. Judgment shall be entered in favor of Defendant.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.